O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 05-02686 ODW (SSx) | Date | March 3, 2011 |
|---|---|---|---|
| Title | *Eng v. County of Los Angeles, et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   Order Requesting Briefing on Admissibility of Proposed Witness Testimony

    In preparation for the April 4, 2011 Status Conference, the Court requests briefing from Plaintiff and Defendants as to the admissibility of proposed witness testimony directed toward the alleged "vindictiveness" of Defendant Cooley's actions with respect to persons other than Plaintiff. The parties shall include in their briefs a discussion of Federal Rules of Evidence 404(a), 404(b), and 406. The parties are **ORDERED** to file their respective briefs on or before March 25, 2011.

    **IT IS SO ORDERED.**

: 00

Initials of Preparer    RGN